[No. 43805-4-II.  Division Two.  February 20, 2014.]

TRACFONE WIRELESS, INC., *Appellant*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-02437-4, Wm. Thomas McPhee, J., entered July 13, 2012. *Dismissed* by unpublished opinion per Maxa, J., concurred in by Penoyar and Lee, JJ.

[No. 43907-7-II.  Division Two.  February 20, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL KENT, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-01136-1, Marilyn K. Haan, J., entered August 27, 2012. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Penoyar and Lee, JJ.

[No. 43915-8-II.  Division Two.  February 20, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR WHALEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00364-0, James W. Lawler, J., entered September 4, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Maxa and Lee, JJ.

[No. 43934-4-II.  Division Two.  February 20, 2014.]

CHUCK BABB, *Appellant*, v. REGAL MARINE INDUSTRIES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-11385-7, Stephanie A. Arend, J., entered July 18, 2012. *Affirmed in part* and *reversed in part* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Bjorgen, J.